Dismissed and Memorandum Opinion filed November 13, 2008








Dismissed
and Memorandum Opinion filed November 13, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00908-CV

____________

 

ROBERT LAWS and ANN LAWS, Appellants

 

V.

 

ELAN ENTERPRISES, INC. d/b/a STACY FINE CUSTOM HOMES, Appellee

 



 

On Appeal from the
270th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-12454

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 17, 2008.  On November 3, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 13, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.